In the Matter of the Accounting of DAVID RADOM, as Administrator of the Estate of SARAH RADOM, Deceased, Respondent. LILLIAN BRUDER et al., Appellants.

Argued February 26, 1953; decided April 16, 1953.

*Charles H. Tuttle* and *Milton M. Eisenberg* for appellants. *James N. Vaughan* and *James A. Delehanty* for respondent.

Order affirmed, with costs; no opinion.

Concur: LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ. LOUGHRAN, Ch. J., deceased.